DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.M., a child.

A.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-0981
_____

October 10, 2025

Appeal from the Circuit Court for Hillsborough County; Lisa D.
Campbell, Judge.

Angela B. Wright, Lutz, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department
of Children and Families.

Zachary F. Lawton, Defending Best Interests, Lawton Appeals,
Tallahassee; and Sara Elizabeth Goldfarb, Statewide Director of Appeals,
Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

　　Affirmed.

KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.